UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 06-449-GWU

CARTER TURNER,                                                                                    PLAINTIFF,

VS.                         **MEMORANDUM OPINION AND ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                    DEFENDANT.

Currently before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act. The Motion requests fees for 31.60 hours at the rate of $125.00 per hour. The defendant objects only to the amount of hours expended on certain items.

First, the defendant requests that 11.80 hours be deducted from the 26.80 hours requested for the preparation of the plaintiff's Motion for Summary Judgment. The defendant states that 15 pages of the 21 page brief is not devoted to legal argument, but to procedural history and a review of the medical evidence, and the remainder of the brief contains only one legal argument. However, in fact-driven Social Security appeals, detailed review of the medical evidence is not unreasonable, especially where, as here, the plaintiff's argument concerns the weight given to his treating source. This is even more true where the arguments raised by plaintiff's counsel evidently prompted the defendant to seek a Sentence Four remand, since the stated reason for the request was "to allow the [ALJ] the opportunity to fully and properly evaluate all medical opinion evidence of record,

1

including the assessment of [the treating physician], and provide appropriate rationale for the weight given to the opinion evidence of record." <u>Commissioner's Motion for Entry of Judgment and to Remand</u>, Docket Entry No. 9, p. 2. Nevertheless, it does appear that the amount of time requested for the motion could reasonably have been encompassed in 20 hours (i.e., two and a half eight hour days). Accordingly, the amount of time requested will be reduced by 6.8 hours.

The Commissioner additionally objects to all but .1 hour of the .9 hours of time requested for receipt and review of his motion to remand, but counsel's itemization notes that it includes "[determining] the merits of objecting and requesting an award of benefits," a reasonable consideration. No reduction is appropriate.

Finally, the Commissioner suggests that .7 hour of the 1.7 hours requested for preparation of the EAJA petition is excessive, given that the form of the petition is standard, and the itemization of hours could have been prepared by secretarial staff. This objection is well taken.

Accordingly, it is hereby ORDERED that the Motion for Attorney's Fees will be GRANTED to the extent that counsel for the plaintiff is awarded $3,012.50 (24.1 hours x $125.00).

This the 22nd day of August, 2007.



Signed By:
<u>G. Wix Unthank</u>
**United States Senior Judge**